■ M&T BANK, Respondent, v CHOICE GRANITE PRODUCTS LTD. et al., Defendants, and CARINA FARBER, Also Known as CARMEN FARBER, Appellant. (Appeal No. 1.) [982 NYS2d 417]—Appeal from an order of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered March 12, 2013. The order granted plaintiff's motion for summary judgment as against Carina Farber, also known as Carmen Farber.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *M&T Bank v Choice Granite Prods. Ltd.* (115 AD3d 1163 [2014]). Present—Scudder, P.J., Fahey, Peradotto, Carni and Valentino, JJ.